

**SO ORDERED.**
**SIGNED this 22nd day of May, 2024**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT

### Eastern District of Tennessee

IN RE:  Patricia Ann Fisher                                          No.    1:24-bk-11247-NWW

                                                                                                  Chapter 13

SS#:   XXX-XX-5445                                                  CASE NUMBERS MUST APPEAR ON ALL CHECKS
                                                                                             AND CORRESPONDENCE

                  Debtor

### ORDER TO EMPLOYER OR OTHER ENTITY TO PAY TO TRUSTEE

   The above-named Debtor(s) has pending in this court a case for the adjustment of debts of an individual with regular income, and therefore has submitted future earnings or other income to the supervision of the trustee.  11 U.S.C § 1322(a)(1).  Pursuant to 11 U.S.C. § 1325(c) the court may order any entity from whom the debtor receives income to pay any part of it to the trustee.  Accordingly,

   It is ORDERED that:

   Amazon.com Services LLC
   Attn: Amazon Payroll
   202 Westlake Ave N
   Seattle, WA 98109

   (1) Deduct from the debtor's earnings or other income  $65.00  Weekly  beginning with the next payment following receipt of the Order and remit the sums withheld to:
    CHAPTER 13 STANDING TRUSTEE, P.O. BOX 511 Chattanooga, TN  37401  (423)265-2261
If the debtor's net earnings or other income for any pay period are less than the above amount, remit the total net earnings or income.  (If desired, funds may be remitted electronically.  Refer to trustee office website at www.ch13cha.com for information.)

   (2) Not suspend or terminate the debtor's employment or take any other punitive or disciplinary action on account of the issuance of this Order.

   (3) Notify the trustee of termination of the debtor's employment or other source of income and the reason for termination.

(4) Make no deductions from the debtor's earnings or other income for any garnishment, wage assignment or credit union, except as allowed by order of this court. You may withhold alimony or child support.

(5) This order supercedes previous orders in this case, if any, to the above named entity.

APPROVED FOR ENTRY BY:

/s/ Richard L. Banks, #000617
_____

Richard L. Banks, #000617
Richard Banks & Associates, P.C.
P.O. Box 1515
Cleveland, TN 37364-1515
(423)479-4188